peals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. J. Forrest McCutcheon* for petitioner. *Solicitor General Fahy* and *Assistant Attorney General Berge* for the United States.

No. 1244. RECORD *v.* HUDSPETH, WARDEN. June 8, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Oren Lester Record, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for respondent.

No. 1267. ROBERTS *v.* BENNETT, ATTORNEY GENERAL. June 8, 1942. Petition for writ of certiorari to the Supreme Court of New York, and motion for leave to proceed further *in forma pauperis,* denied. *Sam Roberts, pro se.*

Nos. 1259 and 1260. HOLTON *v.* TEXAS. June 8, 1942. Petition for writs of certiorari to the Court of Criminal Appeals of Texas, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Alexander McF. Mood* for petitioner.

No. 1284. BARRETT *v.* WILLIAMSON. June 8, 1942. Petition for writ of certiorari to the Superior Court of Pennsylvania, and motion for leave to proceed further *in forma pauperis,* denied. *Roydon M. Barrett, pro se.*